IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TOM HALE,<br><br>                       Appellant,<br>v.<br><br>ELIZABETH LOVERIDGE, Chapter 7 Trustee,<br><br>                       Appellee. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:16-cv-408-DB<br><br>District Judge Dee Benson<br><br>Magistrate Judge Evelyn J. Furse |

     Before the Court is the Report and Recommendation issued by United States Magistrate Judge Evelyn J. Furse on August 18, 2017, recommending that the district court grant Appellee's first Motion to Dismiss Appeal, (Dkt. No. 3), and Appelle's second Motion to Dismiss Appeal, (Dkt. No. 10).

     The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, both of Appellee's Motions to Dismiss are GRANTED.

IT IS SO ORDERED.

DATED this 15th day of September, 2017.

BY THE COURT

_____
District Judge Dee Benson